UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| LEO PRIDE ALLIANCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:18-cv-00396-TLS-SLC |
| | ) |
| EAST ALLEN COUNTY SCHOOLS, | ) |
| | ) |
| Defendant. | ) |

**Stipulation of Dismissal with Prejudice**

The parties, by their counsel, stipulate to the dismissal of this action, with prejudice, with each party to pay its own costs and attorneys' fees.

WHEREFORE, the parties stipulate to the dismissal of this case with prejudice.

| | |
|---|---|
| Kenneth J. Falk | s/ Jason T. Clagg |
| No. 6777-49 | Jason T. Clagg (w/permission) |
| ACLU of Indiana | No. 24123-02 |
| 1031 E. Washington St. | Barnes & Thornburg LLP |
| Indianapolis, IN 46202 | 888 S. Harrison St., Suite 600 |
| 317/635-4059 | Fort Wayne, IN 46802 |
| fax: 635-4105 | 260/423-9440 |
| kfalk@aclu-in.org | fax: 260/424-8316 |
| | mark.scudder@btlaw.com |
| Attorney for Plaintiff | Attorney for Defendant |